CALDWELL *et al. v.* THE SAME DEFENDANT.

The opinion of the court was delivered by

THOMPSON, J.—The affidavit of defence in this case is not essentially variant from that considered by this court in the case of Mark Sterling *v.* The Mercantile Insurance Co. of Philadelphia; and for the reasons there given, this judgment must be affirmed.

Judgment affirmed.